**Order entered January 23, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01287-CV

### VENKATA CHUKKAPALLI, Appellant

### V.

### SWAPNA MANDAVA, Appellee

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-15-02426**

## ORDER

Appellee's motion for leave to file a brief is **GRANTED**.  Appellee's brief, received on

January 18, 2017, is **ORDERED** filed as of the date of this order.

Appellee's January 18, 2017 motion for mediation is **DENIED**.

Appellee's January 18, 2017 motion to withdraw motion to remand for new trial is

**DENIED** as moot.

/s/ DAVID L. BRIDGES
   PRESIDING JUSTICE